# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN YBARRA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00300-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Augustin Ybarra Perez filed a complaint on March 2, 2021, challenging a final decision of the Commissioner of Social Security denying his application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application does not demonstrate that he is entitled to proceed without prepayment of fees in this action.

Rather, Plaintiff states he receives $2,483.00 per month and his wife has been receiving disability but was recently medically retired. However, Plaintiff does not indicate what if any his wife is receiving in retirement although she was receiving disability in February 2021, and workers compensation benefits through January 2021. Plaintiff's application does not provide sufficient information for the Court to conclude that he is entitled to proceed in this action without prepayment of fees.

1       Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed
2 in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is
3 unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in
4 full.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **March 3, 2021**

                                              UNITED STATES MAGISTRATE JUDGE