1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN YBARRA PEREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:21-cv-00300-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES<br><br>(ECF No. 22) |

        Plaintiff Augustin Ybarra Perez filed the complaint in this action on March 2, 2021.  (ECF No. 1.) On December 27, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 19, 20, 21.) On January 21, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $5,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and no costs under 28 U.S.C. § 1920.  (ECF No. 22.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///

///

1

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $5,000.00 under the EAJA, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **January 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE