# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN YBARRA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00300-SAB<br><br>ORDER ADVISING PLAINTIFF'S COUNSEL OF STATUS OF MOTION FOR ATTORNEYS' FEES IN RELATION TO SERVICE ON PLAINTIFF<br><br>(ECF No. 24) |

On March 27, 2023, Plaintiff's counsel filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (ECF No. 24.) As indicated therein, on the same date, counsel served the motion for attorneys' fees on the Plaintiff by U.S. Postal Service Certified Mail with tracking number 9414 8112 0620 3366 5022 94. (Id. at 7.) While service through mailing is generally complete with mailing, Fed. R. Civ. P. 5, the Court has entered the tracking information with the U.S. Postal Service's tracking website, and the tracking status indicates that the mailing was received at the Fresno Distribution Center on March 29, 2023, however, since April 2, 2023, the mailing has been under the status of "Moving Through Network, In Transit, Arriving Late."

While service is generally complete upon mailing, the Court will not act on the instant motion while the facts appear to demonstrate that Plaintiff has not in fact been served with notice of the instant motion. The Court will not order the Plaintiff's counsel to take any action, however, issues this order to advise Plaintiff's counsel of this status. Counsel may choose to re-

serve the motion if counsel believes that will expedite the process given the status of the current mailing.

Accordingly, IT IS HEREBY ORDERED that the motion for attorneys' fees (ECF No. 24) shall be held in abeyance until fourteen (14) days after the Court receives confirmation of the motion being served on Plaintiff.

IT IS SO ORDERED.

Dated:   **April 11, 2023**

UNITED STATES MAGISTRATE JUDGE